# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0189

VERSUS

TERRANCE JAMES KELM                                   **MAY 26, 2020**

---

In Re:     Terrance James Kelm, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany,
           No. 456903.

---

**BEFORE:     McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** A person who desires to examine public records must make the request to the custodian of the records. See La. R.S. 44:31 & 44:32. The district court is not the custodian of the district attorney's file. Therefore, the district court did not err by denying the motion to compel wherein relator requests documents that may be in the district attorney's file.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT